Reid
-v-
Golden Title
Loans

DIANE K. VESCOVO