## Receipt:

| Intake Clerk: | Receipt Number: | Receipt Date: |
| --- | --- | --- |
| vickie | M119652 | 08/05/2009 |

# United States District Court

Western District of Tennessee

Western Division-Memphis
167 N. Main, Room 242
Memphis, TN 38103
(901) 495 - 1200

Eastern Division-Jackson
Room 262, 111 South Avenue
Jackson, TN 38301
(731) 421-9200

Received From.
JENNIFER BERMEL

**Cash:**
**Check:**
**Credit:** $350.00
**Money Order:**
**EFT:**
**Total Amount Owed:** $350.00
**Total Amount Paid:** $350.00
**Change:** $.00

**Receipt Details**

1 Civil Filing Fee — **Amount Owed:** $350.00
Case Number 2:09CV2500
REID vs GOLDEN TITLE LOANS

Total Lines: 1 — **Total Amount:** **$350.00**