Has not been opened yet.

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

MICHAEL REID, on behalf of himself and others similarly situated
*Plaintiff*

v.

GOLDEN TITLE LOANS, LLC, a domestic limited liability company, and DOUG GOLDEN, individually
*Defendant*

Civil Action No. 2:09-cv-2500

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Doug Golden
3540 Summer Avenue
Suite 103
Memphis, TN 38122

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jennifer Bermel
Morgan & Morgan
One Commerce Square, Suite 2600
Memphis, TN 38103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS M. GOULD

Date: 8/5/09

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Doug Golden

was received by me on *(date)* 8-10-09 .

☑ I personally served the summons on the individual at *(place)* 3540 Summer Ave

on *(date)* 8-10-09 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______

______, a person of suitable age and discretion who resides there,

on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______

______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-10-09

J-B

*Server's signature*

Jack Bacon - process Server

*Printed name and title*

5960 Lynnhaven Ave. Memphis, Tn

*Server's address*

Additional information regarding attempted service, etc: