**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

MICHAEL A. REID, on behalf of himself
and others similarly situated,

Plaintiff,

v. CIVIL ACTION NO. 2:09-cv-02500-dkv

GOLDEN TITLE LOANS, LLC, a domestic
limited liability company and
DOUG GOLDEN, Individually,

Defendants.

---

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

---

NOW COMES Defendants, Golden Title Loans and Doug Golden (hereinafter "Golden"), while reserving all of their substantive and procedural defenses, and with the consent of Counsel for the Plaintiff, move this Court for an Order enlarging the period of time within which initial Motions or Answers to the Complaint must be filed to and including September 30, 2009. This Motion is being made with a showing of good cause and before the expiration of the period originally prescribed for the filing of an Answer to the Complaint. In support of this Motion, Defendants rely on the Memorandum of Facts and Law filed contemporaneously herewith.

Respectfully submitted,

**SHUTTLEWORTH, WILLIAMS, PLLC**


BY: *s/Michael G. Derrick*
MICHAEL G. DERRICK (#14820)
mderrick@shuttleworthwilliams.com
R. JOSEPH LEIBOVICH (#17455)
jleibovich@shuttleworthwilliams.com
SHUTTLEWORTH WILLIAMS, PLLC
22 North Front Street, Suite 850
Memphis, Tennessee 38103
(901)526-7399
**Attorneys for Defendants**


## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2009, a copy of the foregoing Motion for Enlargement of Time was sent electronically to the following:

Jennifer M. Bermel, Esq.
MORGAN & MORGAN, PA
2600 One Commerce Square
Memphis, Tennessee 38103
jbermel@forthepeople.com

*s/ Michael G. Derrick*