IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MICHAEL A. REID, on behalf of herself
and others similarly situated,

Plaintiff,

v.

No. 2:09-cv-02500-dkv
JURY DEMANDED

GOLDEN TITLE LOANS, LLC, a domestic
limited liability company and DOUG
GOLDEN, Individually,

Defendants.

---

**JOINT MOTION FOR CONTINUANCE OF THE SCHEDULING CONFERENCE**

---

COME NOW, Plaintiff, Michael Reid, by and through undersigned counsel and Defendant, Golden Title Loans, LLC et al., by and through undersigned counsel, and submit this Joint Motion for Continuance of the Scheduling Conference scheduled on this Court's docket for December 18, 2009 at 10:00 a.m. The parties are in agreement and jointly move that the scheduling conference in this matter should be continued until January 6, 2010. The parties are currently engaging in negotiation efforts to settle this matter.

**WHEREFORE,** Plaintiff and Defendant respectfully request this Court enter an Order continuing the scheduling conference of this matter to January 6, 2010 or a date which is convenient for this Court.

Respectfully submitted,

MORGAN & MORGAN, PA

s/ Jennifer M. Bermel
JENNIFER M. BERMEL #21392
One Commerce Square, Ste. 2600
Memphis, Tennessee 38103
Phone: 901-333-1827
Fax: 901-523-1999
jbermel@forthepeople.com

ATTORNEY FOR PLAINTIFF

GOLDEN TITLE LOANS, LLC

s/R. Joseph Leibovich
MICHAEL G. DERRICK (#14820)
R. JOSEPH LEIBOVICH (#17455)
SHUTTLEWORTH WILLIAMS, PLLC
22 North Front Street, Suite 850
Memphis, Tennessee 38103
(901)526-7399
mderrick@shuttleworthwilliams.com
jleibovich@shuttleworthwilliams.com

ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

I, Jennifer M. Bermel, hereby certify that a true and correct copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to the following:

MICHAEL G. DERRICK
R. JOSEPH LEIBOVICH
mderrick@shuttleworthwilliams.com
jleibovich@shuttleworthwilliams.com

THIS, the 7th day of December, 2009.

s/ Jennifer M. Bermel
JENNIFER M. BERMEL