**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

MICHAEL A. REID, on behalf of himself
and others similarly situated,

Plaintiff,

v. CIVIL ACTION NO. 2:09-cv-02500-dkv

GOLDEN TITLE LOANS, LLC, a domestic
limited liability company and
DOUG GOLDEN, Individually,

Defendants.

---

# NOTICE OF SETTLEMENT AND STIPULATION TO POSTPONE RESPONSIVE PLEADING DEADLINE AND TO INDEFINITELY POSTPONE SCHEDULING CONFERENCE

---

NOW COMES Defendants, Golden Title Loans and Doug Golden (hereinafter "Golden") and Plaintiff, Michael A. Reid, and notify the Court that the parties have reached an agreement to settle Plaintiff's claims against Defendants in the above-styled case. The parties anticipate filing a Stipulation of Dismissal in due course. Accordingly, the parties request that the Court postpone the deadline to answer or otherwise respond to Plaintiff's Complaint indefinitely. Should the parties ultimately not reach a final agreement on the settlement, the parties request that the Court order that any party may file a notice with the Court, and Defendant's answer or other response would be due 15 days following such filing.

Further, the parties request that the Court indefinitely postpone the Rule 16 Scheduling Conference currently set for January 21, 2010. Should the parties not ultimately

reach a final agreement, the parties request that the Court reset the Conference after the Notice discussed in the prior paragraph is filed.

Respectfully submitted,

**MORGAN & MORGAN, PA**

BY: *s/Jennifer M. Bermel (by permission RJL)*
JENNIFER M. BERMEL (#21392)
jbermel@forthepeople.com
MORGAN & MORGAN, PA
2600 One Commerce Squar
Memphis, Tennessee 38103
(901)333-1827
**Attorneys for Plaintiff**

**SHUTTLEWORTH, WILLIAMS, PLLC**

BY: *s/R. Joseph Leibovich*
MICHAEL G. DERRICK (#14820)
mderrick@shuttleworthwilliams.com
R. JOSEPH LEIBOVICH (#17455)
jleibovich@shuttleworthwilliams.com
SHUTTLEWORTH WILLIAMS, PLLC
22 North Front Street, Suite 850
Memphis, Tennessee 38103
(901)526-7399
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2010, a copy of the foregoing Motion for Enlargement of Time was sent electronically to the following:

Jennifer M. Bermel, Esq.
MORGAN & MORGAN, PA
2600 One Commerce Square
Memphis, Tennessee 38103
jbermel@forthepeople.com

*s/ R. Joseph Leibovich*